IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 2:07-cv-1704-GLL |
| v. | ) | |
| DARRELL L. KADUNCE, | ) | |
| Defendant. | ) | |

Before the Court is the United States of America's motion to compel Darrell L. Kadunce to answer the interrogatories and request for production in aid of judgment served on him on July 12, 2010. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that defendant Darrell L. Kadunce is to provide responses to said discovery on or before 4/26/11

This 29 day of March, 2011.

GARY L. LANCASTER
CHIEF UNITED STATES DISTRICT JUDGE

6655556.1